AO 450 (SCD 04/2010)   Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | |
|---|---|
| Kelvin Richardson, | |
| *Plaintiff* | |
| v. | Civil Action No.    1:15-cv-01702-GRA |
| County of Greenville; John Vandermosten, Assistant County Admin.; Scotti Bodiford, Operation Administrater; Sgt. Dana Lewis; Officer Debbie Glenn, | ) ) ) ) ) |
| *Defendants* | |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one):*

❏ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($__),

which includes prejudgment interest at the rate of ____ %, plus postjudgment interest at the rate of ____ %, along with

costs.

❏ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____

recover costs from the plaintiff *(name)* _____ .

■   The plaintiff, Kelvin Richardson, shall take nothing of the defendants, County of Greenville; John Vandermosten,

County Admin.; Scotti Bodiford, Operation Administrater; Sgt. Dana Lewis; and Officer Debbie Glenn, and this action

is dismissed without prejudice.


This action was *(check one)*:

❏ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

❏ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable G. Ross Anderson, Jr., Senior United States District Judge, presiding, adopting the Report
and Recommendation set forth by the Honorable Shiva V. Hodges, United States Magistrate Judge, which recommended
dismissing the complaint without prejudice.

Date:   June 11, 2015                                         *ROBIN L. BLUME, CLERK OF COURT*


                                                              s/M. Walker
                                              _____
                                                     *Signature of Clerk or Deputy Clerk*